■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AURELIO VALENTINO LEBRON, Appellant. [644 NYS2d 974]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, *Jones v Barnes,* 463 US 745). Bracken, J. P., Copertino, Pizzuto and Goldstein, JJ., concur.